1524-14

# ELECTRONIC RECORD

COA # 05-13-00862-CR          OFFENSE: 22.02

STYLE: Walter Lamonte Moore v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 4

DATE: 10/8/2014          Publish: NO          TC CASE #: F12-51041-K

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Walter Lamonte Moore v. The State of Texas          CCA #: 1524-14

PRO SE          Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 01/14/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**